No. 68.  SPENCER *v.* TEXAS, 385 U. S. 554;

No. 69.  BELL *v.* TEXAS, 385 U. S. 554;

No. 70.  REED *v.* BETO, CORRECTIONS DIRECTOR, 385 U. S. 554;

No. 71.  ZUCKERMAN ET AL. *v.* GREASON, *ante,* p. 15;

No. 747.  SHERIDAN CREATIONS, INC. *v.* NATIONAL LABOR RELATIONS BOARD, 385 U. S. 1005;

No. 820.  PATTERSON ET AL. *v.* CITY OF NEWPORT NEWS ET AL., 385 U. S. 650;

No. 846.  KANSAS CITY TRANSIT, INC. *v.* KANSAS CITY, MISSOURI, 385 U. S. 1036;

No. 2, Misc.  GOODSPEED *v.* BETO, CORRECTIONS DIRECTOR, *ante,* p. 926;

No. 21, Misc.  TAYLOR *v.* TEXAS, *ante,* p. 927;

No. 210, Misc.  COLLINS *v.* WILSON, WARDEN, 385 U. S. 808;

No. 511, Misc.  COLLIER *v.* UNITED STATES, 385 U. S. 1042;

No. 963, Misc.  RISCH *v.* RISCH, *ante,* p. 10;

No. 1016, Misc.  JACOBS *v.* UNITED STATES, *ante,* p. 920;

No. 1057, Misc.  REED *v.* CALIFORNIA, *ante,* p. 923;

No. 1089, Misc.  JOHNSON *v.* DEPARTMENT OF CORRECTION ET AL., *ante,* p. 924; and

No. 1118, Misc.  STELL *v.* PENNSYLVANIA, *ante,* p. 925.  Petitions for rehearing denied.